# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.

JAMES ERIK VEERKAMP

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)
Case Number: **3:15-cr-0004 CMK**

_____Adam Ryan_____
Defendant's Attorney

**THE DEFENDANT:**

[X]  pleaded guilty to count(s): 1 and 2
[ ]  pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ]  was found guilty on count(s) ___ after a plea of not guilty.

Counts 3, 4, and 5 dismissed pursuant to oral plea agreement.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 USC 844(a) | Possess Controlled Substance | 11/08/2014 | 1 |
| 36 CFR 261.10(m) | Fail to Stop when Directed | 11/08/2014 | 2 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

04/30/2015
Date of Imposition of Judgment

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

04/30/2015
Date

## COURT PROBATION

The defendant is hereby sentenced to Court probation for a term of  one   year.

The defendant shall not commit another federal, state, or local crime.

Probation shall terminate upon the completion of service of incarceration period and payment of the fine in full.

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: TEN (10) DAYS.

Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons on June 17, 2015, at 2:00 p.m. or, if no such designation is made, to the United States Marshal, 501 I Street, Sacramento, California.

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties as follows:

|         | Assessment | Fine    |
|---------|------------|---------|
| Totals: | $35.00     | $465.00 |

## SCHEDULE OF PAYMENTS

Payment of the  total criminal monetary penalties of $500 shall be due as follows: Defendant to pay $50.00 or more per month beginning June 1, 2015, and continuing on the first day of each month thereafter until paid in full.   Payments shall be made to the Clerk, U.S. District Court, 501 I Street, Sacramento, CA 95814